# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AGUSTIN ACOSTA MARTINEZ, Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:18-cv-116 |
| MIKE POMPEO, Defendant. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter the "R&R") (Docket No. 17) in the above-captioned case. The R&R recommended the Court dismiss this civil action, without prejudice for Agustin Acosta Martinez's (hereafter "Plaintiff") failure to serve Mike Pompeo (hereafter "Defendant"). *See* Docket No. 17. Objections were due December 26, 2018. No objections were filed by either party. After a *de novo* review of the record, the "Magistrate Judge's Report and Recommendation" (Docket No. 17) is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's Complaint (Docket No. 1) be **DISMISSED** without prejudice. The Clerk of the Court is further **ORDERED** to close this case.

Signed on this 8th day of January, 2019.

Rolando Olvera
United States District Judge